NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MATTHEW SAMUEL STRATIS,               )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-3916
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.

Matthew Samuel Stratis, pro se.


PER CURIAM.

          Affirmed. See §§ 775.084(d)(1)(a), 776.08, Fla. Stat. (2008); James v.

U.S., 550 U.S. 192 (2007); Zink v. State, 951 So. 2d 34 (Fla. 2d DCA 2007); Ubilla v.

State, 8 So. 3d 1200 (Fla. 3d DCA 2009); Jones v. State, 988 So. 2d 1109 (Fla. 3d DCA

2008); Rodriguez v. State, 826 So. 2d 464 (Fla. 3d DCA 2002); Thomas v. State, 778

So. 2d 429 (Fla. 5th DCA 2001).


KELLY, VILLANTI, and BADALAMENTI,JJ., Concur.